01cv38ord

UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,
       -Plaintiff

- v -                              DOCKET 3-01CV38(CFD)

JENNIFER M. STEPHENS-CRUZ,
       -Defendant

### ORDER

Plaintiff having filed a Motion to Examine Judgment Debtor and for a hearing on defendant's ability to pay the judgment rendered against defendant, it is hereby:

ORDERED that the defendant, Jennifer M. Stephens-Cruz, appear before the Honorable Thomas P. Smith, U.S. Magistrate Judge, in the West Courtroom, 450 Main Street, Hartford, Connecticut, on the 27th day of January, 2004, at 10:00 a.m., and then and there be examined under oath concerning his assets and his ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment. It is further ORDERED that defendant bring with him and produce at the hearing all documents sought by plaintiff's Request for Production served on or about December 15, 2000, as well as a completed copy of the financial

statement attached hereto as Exhibit "A" to facilitate the Court's examination of the defendant.

The defendant is advised that failure to appear before the court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the defendant to being held in Contempt of Court and having a <u>Capias</u> issued for the arrest of the defendant.

Dated at Hartford, Connecticut, this 9th day of December, 2003.

_____
Thomas P. Smith
U.S. Magistrate Judge

**FINANCIAL AFFIDAVIT**
(please type or print)

## SECTION I. PERSONAL DATA

_____ Mr.   _____ Mrs.   _____ Ms.   _____ Miss.

_____
last name           first         middle initial        social security                date of birth

_____
**complete address** (including city/state/zip code)                    home phone         work
phone

_____
Martial status (please check)

_____ single    _____ married    _____ widowed    _____ divorced    _____ separated

_____
name of spouse                    social security number                        date of birth

_____
age(s) of dependents (if older than 21 please list dependant's name and reason for dependency)

## SECTION II. HISTORY OF EMPLOYMENT

_____
name/address of current employer              occupation                  years/months employed

**SPOUSE EMPLOYMENT**

_____
name/address of current employer              occupation                  years/months employed

## SECTION II EXPENSES

| AVERAGE MONTHLY INCOME | HUSBAND | WIFE | MONTHLY EXPENSES | AMOUNT |
|---|---|---|---|---|
| MONTHLY GROSS SALARY (before payroll deductions) | $ | $ | RENT/ MORTGAGE PAYMENT | |
| DEDUCTIONS | | | FOOD | |
| FEDERAL/STATE/LOCAL INCOME TAXES | | | UTILITIES/HEAT | |
| RETIREMENT | | | TELEPHONE | |
| SOCIAL SECURITY | | | INSURANCE | |
| OTHER INCOME (SPECIFY) | | | CLOTHING | |
| TOTAL DEDUCTIONS | $ | | MEDICAL (NON REIMBURSABLE) | |
| NET TAKE HOME PAY | $_____ | $_____ | AUTO REPAIR/ OTHER LIVING EXPENSES | |

Combined monthly income:              How much of the balance can you apply
                                      to your debt to the U.S. on a monthly basis? $_____


                                      If total monthly expenses exceed monthly income,
Total monthly expenses:               how do you pay the difference?

Exhibit A

## SECTION III ASSETS

NAME/ADDRESS OF BANK INSTITUTION:

Do you own: (please circle)

1. U.S. savings bonds?    Yes   No

Bank account balance: $_____  $_____  _____
                      checking   savings    other

2. stocks and other bonds?    Yes   No

3. Do you own any property?   Yes   No
   (if not continue)
   complete address of property:
   (current value) $_____

Cash value of furniture
and household goods: $_____

Automobile(s): (estimate value of each vehicle)

   make       year       model

                                    trailer/boats/campers (resale value):$_____

1.
2.

### SECTION IV. INSTALLMENT CONTRACTS/OTHER DEBTS
**Show here all debts which you are required to pay in regular monthly installments.  Do not include living expenses.**

| NAME OF CREDITOR | PURPOSE OF DEBT | ORIGINAL AMOUNT OF DEBT | UNPAID BALANCE | AMOUNT DUE MONTHLY | AMOUNT PAST DUE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**NOTE: IF REPAYMENT OF DEBT IS NOT ON A MONTHLY BASIS, PLEASE EXPLAIN WHEN PAYMENT IS DUE**

Have you ever been in bankruptcy? _____ If yes, date discharged _____ location of court (city/state) _____ docket number

Are you currently in the military? _____ yes _____ no

If applicable, what is your present unit assigned? _____       total years active duty _____

***PLEASE USE ADDITIONAL SHEETS, IF NECESSARY TO SUPPLY ANY OTHER PERTINENT INFORMATION ABOUT ABOUT YOUR FINANCIAL STATUS.***

With knowledge of the penalties for false statements provided by 18 U.S.C. § 1001 ($10,000 fine and/or five years provided by 18 U.S.C. § 1001, (10,000 fine years imprisonment) and with knowledge that this financial statement is submitted by me to affect action by the Department of Justice, I certify that I believe the above statement is true and that it is a complete statement of all income and assets, real and personal, whether held in my name or be any other.

I hereby certify that this financial statement is made to affect action by the Department of Justice regarding a debt of **$22,937.64** as of November 4, 2003, which I acknowledge is due and owing to the United States.

_____        _____
signature of debtor                                           date signed