UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,       :
        Plaintiff,     : Civil No: 3:01CV0038(CFD)
    v.                          :
Jennifer Stevens,               : January 8, 2004
        Defendant.     :

### GOVERNMENT'S WITHDRAWAL OF
### MOTION FOR EXAMINATION OF JUDGMENT DEBTOR

The Government filed its motion for examination of judgment debtor on September 16, 2003, and a hearing is now scheduled on January 27, 2004. The Government has recently learned however, that the defendant currently resides in Virginia. According, the Government intends to pursue collection efforts in Virginia, and withdraw its motion for examination of judgment debtor.

                            Respectfully submitted,

                            KEVIN J. O'CONNOR
                            UNITED STATES ATTORNEY

                            CHRISTINE SCIARRINO
                            ASSISTANT U.S. ATTORNEY
                            UNITED STATES ATTORNEY'S OFFICE
                            P. O. BOX 1824
                            NEW HAVEN, CT  06508
                            (203) 821-3700
                            FED BAR NO. CT 03393

# C E R T I F I C A T I O N

The undersigned Assistant United States Attorney hereby certifies that the within and foregoing was sent to the defendant, Jennifer S. Stevens-Cruz, 101 Friendly Drive, Apt. D. Newport, VA 23605-1216 on January 12, 2004.

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY