6/cv38 wthdrlm

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2004 JAN 13 P 2: 17

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No: 3:01CV0038 (CFD) |
| v. | : | |
| Jennifer Stevens, | : | January 8, 2004 |
| Defendant. | : | |

**GOVERNMENT'S WITHDRAWAL OF**
**MOTION FOR EXAMINATION OF JUDGMENT DEBTOR**

The Government filed its motion for examination of judgment debtor on September 16, 2003, and a hearing is now scheduled on January 27, 2004.  The Government has recently learned however, that the defendant currently resides in Virginia.  According, the Government intends to pursue collection efforts in Virginia, and withdraw its motion for examination of judgment debtor.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT   06508
(203) 821-3700
FED BAR NO. CT 03393

FILED

2004 FEB -3 A 7: 54

U.S. DISTRICT COURT
HARTFORD. CT.

Granted. So ordered. UDT 2/4/04